UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: BIWER, BRAD A. | § Case No. 10-41099 |
| | § |
| | § |
| Debtor(s) | § |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Northern District of Illinois
219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00AM on 04/05/2012 in Courtroom 250, United States Courthouse, Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Date Mailed: 12/11/2011        By: JOSEPH R. VOILAND
                                      Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560
(630) 553-1951

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: BIWER, BRAD A. | § | Case No. 10-41099 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 3,105.02 |
| *and approved disbursements of* | $ 100.00 |
| *leaving a balance on hand of* [1] | $ 3,005.02 |
| **Balance on hand:** | $ 3,005.02 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 3,005.02 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH R. VOILAND | 776.25 | 0.00 | 776.25 |
| Trustee, Expenses - JOSEPH R. VOILAND | 91.54 | 0.00 | 91.54 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 867.79 |
| Remaining balance: | $ 2,137.23 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,137.23

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 2,137.23

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 40,603.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 36,431.63 | 0.00 | 1,917.64 |
| 2 | CornerStone Custom Builders | 4,171.74 | 0.00 | 219.59 |

Total to be paid for timely general unsecured claims: $ 2,137.23
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:                                      $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:   $   0.00
Remaining balance:                           $   0.00

Prepared By:   /s/JOSEPH R. VOILAND
                           Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:  
Brad A. Biwer  
    Debtor

Case No. 10-41099-MB  
Chapter 7

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: acox                  Page 1 of 2                  Date Rcvd: Mar 05, 2012
                              Form ID: pdf006             Total Noticed: 16
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2012.
db          +Brad A. Biwer,    39W107 Revere House Lane,    Geneva, IL 60134-4801
16131878    +Associated Bank,    PO Box 2926,    Milwaukee, WI 53201-2926
16131877    +Associated Bank,    1305 Main St.,    Stevens Point, WI 54481-2898
16131879    +Blommer Peterman,    13700 West Greenfield Ave,    Brookfield, WI 53005-7159
16131880    +Chase,    201 N. Walnut St,    DE1-1027,    Wilmington, DE 19801-2920
17595161     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16131881    +CornerStone Custom Builders,    PO Box 997,    Eagle River, WI 54521-0997
16131882     Financial Asset Management,    PO Box 451409,    Atlanta, GA 31145-9409
16131883    +Lake Forest Landing Property Owners,    1414 Bradford Point,    Po Box 775,
              Saint Germain, WI 54558-0775
16131884     NAFS,    165 Lawrence Bell Dr., Ste. 100,    PO Box 9027,    Williamsville, NY 14231-9027
16131885    +National City,    PO Box 4068,    Kalamazoo, MI 49003-4068
16131886    +PNC Bank,    Po Box 856177,    Louisville, KY 40285-6177
16131888    +Specialized Loan Servicing, LLC,    PO Box 105219,    Atlanta, GA 30348-5219
16131887    +Specialized Loan Servicing, LLC,    8742 Lucent Blvd,    Suite 300,    Littleton, CO 80129-2386
16131892    +WilliamsMcCarthy, LLP,    120 West State Street,    Rockford, IL 61101-1125
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16131890      E-mail/Text: vci.bkcy@vwcredit.com Mar 06 2012 03:23:46     VW Credit,    2333 Waukegan Rd,
              Deerfield, IL 60015
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16131891      VW Credit
16131889    ##+Town of Wasington,    3730 Oakcrest Lane,    Eagle River, WI 54521-8405
                                                                                   TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 07, 2012**             **Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: acox                Page 2 of 2             Date Rcvd: Mar 05, 2012
                              Form ID: pdf006           Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2012 at the address(es) listed below:
         David M Siegel    on behalf of Debtor Brad Biwer davidsiegellaw@hotmail.com,
          davidmsiegel@hotmail.com;author@proofofpayments.com;johnellmannlaw@gmail.com
         Joseph Voiland    jrvoiland@sbcglobal.net, jvoiland@ecf.epiqsystems.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                TOTAL: 3